AO 91 (Rev.5/85) - Criminal Complaint

E-FILING

# United States District Court

| NORTHERN | 2007 OCT 30 DISTRICT OF 15 | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

V.

**CRIMINAL COMPLAINT**

Baltazar RODRIGUEZ-Contreras

# 07-70644

RS

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than,    10/3/2007    , in    Monterey County    in the    Northern    District of    California    defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title    8    United States Code, Section(s)    1326
I further state that I am a(n)    Deportation Officer    and that this complaint is based on the following
                                        Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES:  $250,000.00 fine, two years imprisonment and $100.00 special assessment fee and a Term of Supervised Release of one year.

Requested bail:  Issue no bail warrant.

APPROVED AS TO FORM: _____

ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes    ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

___10/30/07___                              at              San Jose, California
        Date                                                              City and State

Richard Seeborg
UNITED STATES MAGISTRATE JUDGE
    Name & Title of Judicial Officer                                    Signature of Judicial Officer

**RE:** Baltazar RODRIGUEZ-Contreras                                                    **A 78 049 662**

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1)     The DEFENDANT Baltazar RODRIGUEZ-Contreras (AKA: This DEFENDANT has ten Alias's), is a 32 year-old married male whose date of birth is currently understood to be September 8, 1975. He is a citizen and native of Morelia, Michoacan, Mexico as substantiated by multiple sworn statements made to that effect by the DEFENDANT on April 1, 2002, September 12, 2003, November 29, 2003 and finally on December 3, 2007. The most recent of which was in an interview that was initiated on December 3, 2007 at the Monterey County Jail by ICE Immigration Enforcement Agent (IEA) Joshua Arumbulo of the San Jose, California DRO Sub-Office;

(2)     The DEFENDANT has been assigned Alien Registration number of A 78 049 662, FBI number of 912198JB6, and California Criminal State ID Number of A20166474;

(3)     On April 17, 2000, the DEFENDANT was convicted in U.S. Federal Court, District of Arizona, for the offense of Illegal Reentry into the United States, a misdemeanor, in violation of Title 8 USC Section 1325 and sentenced to forty-five days in jail;

(4)     On May 31, 2000, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director Tucson, Arizona and ordered deported from the United States to Mexico;

(5)     On March 29, 2002, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director San Diego, California and ordered deported from the United States to Mexico;

(6)     On April 3, 2002, the DEFENDANT was convicted in U.S. Federal Court, District of Arizona, for the offense of Illegal Reentry into the United States, a misdemeanor, in violation of Title 8 USC Section 1325 and sentenced to ninety days in jail;

**RE:** Baltazar RODRIGUEZ-Contreras                                                  A 78 049 662

(7)     On June 28, 2002, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director Phoenix, AZ and ordered deported from the United States to Mexico;

(8)     On September 15, 2003, the DEFENDANT was convicted in U.S. Federal Court, District of Arizona, for the offense of Illegal Reentry into the United States, a misdemeanor, in violation of Title 8 USC Section 1325 and sentenced to seventy-five days in jail;

(9)     On November 25, 2003, the DEFENDANT was determined to be unlawfully present in the United States by the DRO/ICE Field Office Director Phoenix, AZ and ordered deported from the United States to Mexico;

(10)    On December 2, 2003, the DEFENDANT was convicted in U.S. Federal Court, District of Arizona, for the offense of Illegal Reentry into the United States, a misdemeanor, in violation of Title 8 USC Section 1325 and sentenced to ninety days in jail;

(11)    On February 26, 2004, the DEFENDANT was determined to be unlawfully present in the United States by the DRO/ICE Field Office Director Phoenix, AZ and ordered deported from the United States to Mexico;

(12)    On January 21, 2005, the DEFENDANT was convicted in U.S. Federal Court, District of Arizona, for the offense of Illegal Reentry into the United States, a misdemeanor, in violation of Title 8 USC Section 1325 and sentenced to one-hundred days in jail;

(13)    On April 29, 2005, the DEFENDANT was determined to be unlawfully present in the United States by the DRO/ICE Field Office Director Phoenix, AZ and ordered deported from the United States to Mexico;

(14)    On September 21, 2007, the DEFENDANT was convicted in the Superior Court of California/County of Monterey for the offense of: THEFT OF PERSONAL PROPERTY, a misdemeanor, in violation of California Penal Code Section 484(A) and sentenced to thirty days in jail;

(15)    On May 9, 2007, the DEFENDANT was convicted in the Superior Court of California/County of Fresno for the offense of: STOLEN VEHICLE, a felony, in violation of California Vehicle Code Section 10851(A) *and* DUI, a misdemeanor, in violation of California Vehicle Code Section 23152(A) and sentenced to probation;

**RE:** Baltazar RODRIGUEZ-Contreras                                      A 78 049 662

(16)    On, October 3, 2007, the Defendant was encountered by IEA Joshua Arumbulo, at the Monterey County Jail, and determined to be unlawfully present in the United States after a prior deportation. IEA Arumbulo read the DEFENDANT of his **Miranda** rights in the Spanish language. The DEFENDANT waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States. This is this DEFENDANT'S third written sworn statement attesting to his alienage;

(17)    The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(18)    Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.


                                                Timothy F. Purdy
                                                Deportation Officer
                                                Immigration and Customs Enforcement


Subscribed and sworn to before me this 3 day of October , 2007


                                                _____
                                                Richard Seeborg
                                                UNITED STATES MAGISTRATE JUDGE